IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MICHELLE TORRES, *et al.*, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>W. DOUGLAS COLLINS, in his official capacity as Hamblen County General Sessions Judge, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-00026-DCLC-CRW<br><br>(Class Action) |

## NOTICE OF PARTIES' JOINT STIPULATIONS

Pursuant to the Court's order on February 15, 2020 (ECF No. 76), the Parties have conferred and reached agreement on the attached Joint Stipulations based on the facts and evidence as understood by the Parties for the purpose of resolving Plaintiffs' Motion for Class-Wide Preliminary Injunction (ECF No. 5). Nothing in these stipulations is intended to prevent the Court from considering all of the Parties' submitted evidence to determine facts that are not contained within these stipulations. For any proposed stipulations upon which the Parties could not reach agreement, Plaintiffs and Defendants will each submit a separate document containing proposed findings of fact, with citations to the record.

Respectfully submitted,

*/s/Jonathan Swann Taylor*
Arthur F. Knight, III, BPR # 016178
Jonathan Swann Taylor, BPR #025094
Hilary L. Magacs, BPR# 036864
Caitlin C. Burchette, BPR #037026

1

Taylor & Knight, GP
800 S. Gay Street, Suite 600
Knoxville, TN 37929
Phone: 865- 971-1701
Fax: 865-971-1705
amber@taylorknightlaw.com
*Attorneys for Defendants*


/s/  Tara Mikkilineni
Tara Mikkilineni (D.C. Bar 997284)
(admitted *pro hac vice*)
ImeIme Umana (N.Y. Bar No. 5751656)*
(admitted *pro hac vice*)
Civil Rights Corps
1601 Connecticut Ave NW, Suite 800
Washington, DC 20009
Tel: 202-894-6124
Fax: 202-609-8030
Email: tara@civilrightscorps.org
          imeime@civilrightscorps.org

*Admitted to practice in New York. Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(8), with supervision by Alec Karakatsanis, member of the D.C. Bar.*

/s/ Seth Wayne
Seth Wayne (D.C. Bar 888273445)
(admitted *pro hac vice*)
Jonathan Backer (D.C. Bar 1613073)
(admitted *pro hac vice*)
Mary B. McCord (D.C. Bar 427563)
(admitted *pro hac vice*)
Institute For Constitutional Advocacy and Protection (ICAP)
Georgetown University Law Center
600 New Jersey Ave. NW
Washington, D.C. 20001
Tel: 202-662-9042
Email: sw1098@georgetown.edu
          jb2845@georgetown.edu

/s/  George T. Lewis
George T. Lewis, III (T.N. Bar 7018)
Matthew G. White (T.N. Bar 30857)
(admitted *pro hac vice*)
Baker Donelson
265 Brookview Centre Way, Suite 600
Knoxville, TN 37919
Tel: 865-549-7000
Email: blewis@bakerdonelson.com
          mwhite@bakerdonelson.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of May, 2020 I electronically filed the foregoing with the clerk of the court for the U.S. District Court, Eastern District of Tennessee, using the electronic case filing system of the Court. This filing will be served in accordance with the Federal Rules of Civil Procedure.

/s/ Seth Wayne