UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| MICHELLE TORRES, et al. | ) | |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | 2:20-CV-00026-DCLC |
| | ) | |
| vs. | ) | |
| | ) | |
| W. DOUGLAS COLLINS, et al. | ) | |
| | ) | |
| Defendants | ) | |

**ORDER**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge [Doc. 74]. No objections have been filed to the Report and Recommendation in the time allowed.

In that Report and Recommendation, the Magistrate Judge recommends that Defendants' Motion to Substitute Party [Doc. 37] be denied. In their motion, Defendants asked that the Court substitute Hamblen County, Tennessee for all individual defendants sued in their official capacity. Plaintiffs responded, arguing that at least some of the claims made in the complaint are directly related to the named defendants acting as agents of the State as opposed to Hamblen County. The Magistrate Judge agreed, finding that Defendants actions "related to determining bail, holding defendants in custody until bail is paid, and receiving bail payments are performed in compliance with Tennessee law, and are undertaken in their capacities as agents of the State of Tennessee rather than agents of Hamblen County." [Doc. 74, pg. 74].

Therefore, after careful consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for

the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the Report and Recommendation [Doc. 74] is **ADOPTED** and Defendants' Motion to Substitute Party [Doc. 37] is **DENIED**.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge