IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CIVIL MINUTES: *MOTION HEARING*

Torres et al vs. Collins et al  Date: July 14, 2021

Case No. 2:20-cv-26  Time 3:12 p.m. to 4:09 p.m.

Honorable **CYNTHIA RICHARDSON WYRICK** U.S. Magistrate Judge, Presiding

| Arlene Pape | DCR |
|---|---|
| Deputy Clerk | Court Reporter |

| Michelle Torres et al | George T Lewis |
| | Ellora Israni (via video) |
| | Mary McCord (via video) |
| | Seth Wayne (via video) |
| | Jonathan Backer (via video) |
| W. Douglas Collins et al | Hilary Magacs |
| | Jonathan Swann Taylor |

**PROCEEDINGS:**

RE: **Motion to Quash, Doc. 119**

☑ Opening statements by the Court

☑ Oral argument by Plaintiff

Privilege log to be updated to include all communications from May 2019 to February 2020

☑ Oral argument by Defendant

Parties shall have until close of business on Monday to submit any supplemental filings

☑ Order to enter

I, Arlene Pape, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Grn-DCR_2-20-CV-26_20210714_151101