UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| MICHELLE TORRES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 2:20-CV-026 |
| | ) | |
| vs. | ) | |
| | ) | |
| W. DOUGLAS COLLINS, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**ORDER**

Plaintiffs are **ORDERED** to produce all materials identified as redacted or withheld on pages 9-11 of the Special Master's Report [Doc. 174] to the Special Master by **December 14, 2021 at 4:00 p.m. EST**. The Special Master is directed to prepare a supplement to the report submitted on Friday, December 10, 2021 addressing these email communications in the same manner as the report addressed all other email communications.

Further, the Special Master is to maintain a separate time record for all work associated with reviewing and reporting on these documents. It is likely that the Court will tax the costs associated with the review and reporting on these documents solely to Plaintiffs.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge