UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| MICHELLE TORRES, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | 2:20-CV-00026-DCLC-CRW |
| | ) | |
| vs. | ) | |
| | ) | |
| W. DOUGLAS COLLINS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AND JUDGMENT**

This case came before the Court on Defendants' Second Motion for Summary Judgment [Doc. 233]. For the reasons stated in the Court's Memorandum Opinion and Order, it is **ORDERED and ADJUDGED** that Defendant's Motion for Summary Judgment be **GRANTED IN PART AND DENIED IN PART**, and Defendants are **PERMANENTLY ENJOINED** from bail practices which violate Plaintiffs' procedural due process rights under the Fourteenth Amendment and their Sixth Amendment right to counsel consistent with this Court's previous memorandum opinion and order [Doc. 229].

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court