UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| MICHELLE TORRES, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) 2:20-CV-26 |
| W. DOUGLAS COLLINS, et al. | ) |
| Defendants. | ) |

**ORDER**

On March 10, 2025, Plaintiffs filed a Motion for Extension of Time to File Motion for Attorneys' Fees and Nontaxable Expenses [Doc. 248] seeking a 30-day extension of the deadline for filing their motion for attorney fees and non-taxable expenses. In support of their request, Plaintiffs state that this litigation has spanned more than five (5) years, and that a motion for attorney fees and reasonable costs includes a review of records for attorneys who are no longer employed by the organizations that represent Plaintiffs. Additionally, neither party has reached a final decision on whether to appeal the Court's final judgment.

The Court finds that Plaintiffs' Motion [Doc. 248] is well-taken and it is **GRANTED**. Plaintiffs shall have up to and through **April 16, 2025**, within which to file a motion for attorneys' fees and non-taxable expenses. If either side files a notice of appeal, the Court will consider a further extension of this deadline upon the filing of a motion so requesting.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge